UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEOLA (a/k/a Miki) RUTLEDGE,

    Plaintiff,

    v.        CASE NO. 8:05-CV-536-T-27MAP

SUNTRUST BANK,
a Foreign Corporation,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Plaintiff's Motion to Compel Defendant to Respond to Plaintiff's Second Request to Produce and Fourth Set of Interrogatories (doc. 13). Defendant, in it's response (doc. 14) asserts that the discovery requests at issue are overbroad and seek "an array of highly confidential and irrelevant customer account information." This Court agrees.

Plaintiff, in her requests for production, ask Defendant for a burdensome amount of information. For example, in requests 5-8, Plaintiff asks for "any and all documents relating or referring to new checking accounts." Although the Plaintiff now explains in her memorandum of law that it is the "number of new accounts she opened as compared to similarly situated employees" that is relevant, her requests as phrased do not request the number of accounts and are overbroad. As Defendant notes, if Plaintiff desires she may serve new requests as the discovery period remains open for another three months. In addition, Plaintiff's requests and interrogatories seek information that is confidential, including account and contact information for customers.

As to requests 3 and 4, Defendant has already provided the job descriptions for both Sherry

Kelley and Jennifer Miller for their most recent and only jobs with Defendant during the relevant time period. Defendant's objections to the remaining Interrogatories and Requests for Production are also appropriate. Accordingly, it is

    ORDERED:

    1. Plaintiff's Motion to Compel Defendant to Respond to Plaintiff's Second Request to Produce and Fourth Set of Interrogatories (doc. 13) is DENIED.

    DONE AND ORDERED in Tampa, Florida, this 28th day of July, 2006.

                                                        MARK A. PIZZO
                                                        UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record