Form 1

**FORM 1. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a United States District Court**

FILED 07 MAR 20 PM 3:22
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Name of United States District Court for the __Middle District of Florida, Tampa Division__

Case Number  8:05-cv-536-T-27MAP

LEOLA RUTLEDGE           , Plaintiff,

v.                         **NOTICE OF APPEAL**

SUNTRUST BANK            , Defendant.

Notice is hereby given that Leola Rutledge                (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment            (from the final judgment) ((from an order) (describe the order)) entered in this action on  February 22    2007    (date).

_Leola Rutledge_
(Signature of appellant or attorney)

1505 35th St N.W.
Winter Haven, Fl.  33881
(Address of appellant or attorney)

Reset Fields

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

TD 40918
$455.00

99

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT FROM A JUDGMENT OR ORDER OF A UNITED STATE DISTRICT COURT**

**CASE NUMBER 8:05-CV-536-T27TGW**

<u>**APPEAL**</u>

**LEOLA RUTLEDGE**

    **Plaintiff,**

**v.**

**SUNTRUST BANK,**

    **Defendant.**

_____/

On February 22, 2007, United States District Judge, James D. Whittemore, of the Middle District of Florida, ordered in favor of the defendant, SunTrust Bank in my Florida Whistleblower's Act complaint. I am asking for a reversal in that decision. Please consider the following:

**STATEMENT OF FACTS**

1) Plaintiff was employed was employed by Defendant for approximately 24 years beginning August 12, 1980. Plaintiff has numerous appraisals and reviews during her employment with no history of dishonesty complaints, written complaints from customers or manager's complaints.

2) Manager, Sherry Kelley, told plaintiff to open any requested money market accounts as checking accounts due to her ambition to win a Bank wide competition.

3) Customer, Marjorie Howard, told plaintiff and her manager, Sherry Kelley, to open a money market account. When she returned in a few days with a large check, manager, Sherry Kelley, opened an illegal checking account under plaintiff's name after

1

plaintiff refused to open illegal account. Kelley wanted plaintiff to open a checking instead of a money market account due to ambition to win a Bank wide competition, in which checking accounts were included but money market accounts were not. Damage was to the customer in the form of lost interest, until Rutledge (Plaintiff) reported it to customer and to proper authorities. In customer's sworn deposition, she repeatedly said she told Sherry she wanted a money market account.

4)  Jennifer Miller was the only other new accounts representative under Sherry Kelley at the same time as plaintiff states in her sworn deposition:

   A.  She did not remember opening any of these illegal accounts (checking accounts instead of requested money market accounts), but she may have done that, too.

   B.  The practice encouraged by Sherry Kelley (opening checking accounts instead of requested money market accounts, Miller did not remember it being a practice that we did a lot of. We may have done one or two, she stated.

   C.  Miller also stated in her deposition that if her branch manager, Sherry Kelley had told her to open checking accounts instead of money market accounts, she would do what her manager told her to do, even knowing it was wrong, again saying she may have done that, but she did not remember.

   D.  Miller denies being at plaintiff's desk when Marjorie Howard's illegal account was opened. The Bank film was destroyed that would have proved she was not telling the truth

I submit to you that all these answers from Jennifer Miller are vague and meant to hide the truth, but not put her in jeopardy of committing perjury. If you do something wrong, especially being the religious person she claims to be, you will remember it, but

she knew she needed to protect herself and Kelley, but she did not want to lie, so she claimed "she did not remember" repeatedly.

5)   SunTrust Bank destroyed evidence (film) that would have helped me prove beyond a doubt that Kelley and Miller did not tell the truth about what happened the day Mrs. Howard's account was opened.

6)   In a previous complaint to senior management about Sherry Kelley's unfair distribution of leads, I received no help, I only received comments from senior management that Sherry Kelley would be satisfied in her position as manager at our branch or I would be replaced.

7)   My doctor wrote SunTrust a medical excuse stating that I was under severe stress when I give Kelley my resignation and I was in no condition to make life altering decisions. I informed Sherry Kelley, she informed Human Resources and senior management and they denied my appeal to take back my resignation, which I wrote not realizing the impact of what I was doing. I was not in the right frame of mind because I was fearful of losing my job for being dishonest and opening illegal accounts, which I would have been accountable for. We were informed repeatedly during my employment, that doing illegal acts could result in personal monetary fines and jail time. Besides, I would not have cheated my customers no matter what.

8)   Requested information that I requested to help me prove there were more customers that had illegal acts committed against them, was denied by SunTrust Bank citing "confidential information" and the Judge agreed and allowed SunTrust to deny me needed information.   The only other way to find this information was to have contacted

all the customers I could think of asking them if this type incident had happened to them, which is what I will do now if my motion to reverse this decision is granted and I am allowed to proceed to jury trial.

## LEGAL ARGUMENT

1. Written resignation should have been allowed to be withdrawn when physician informed SunTrust that plaintiff was not in her right frame of mind. I had not reported complaint by the "Code of Conduct" as SunTrust claims, because at the time I was not able to even think about the "Code of Conduct". I was begging for help in the best way I could rationally think of.

2. I can provide witnesses and documents that will prove that Sherry Kelley and Jennifer Miller are not telling the truth and that other customers were more than likely treated illegally, the same as Mrs. Howard.

3. By destroying film that I had requested not be destroyed stating that it may be needed in a court proceeding, SunTrust destroyed evidence, that alone should prove they were hiding information.

4. SunTrust allows managers to input information under their employee's names, falsifying information, evidenced by keeping Kelley as an employee after it was reported that she did so.

## FLORIDA WHISTLE BLOWER ACT

If the decision is made to reverse the decision in favor of SunTrust, it will allow a case to go to court that will show that SunTrust is cheating their customers out of money and it will show the public to watch Banks closer-Banks that are assumed to be honest-but are really only out for their own good, and will do anything they can do to be "The Biggest Bank" which is very important to SunTrust. This I know after being employed for them for so long. If this case is not allowed to go to jury citing that I do not have evidence that will show more customers were involved, the Bank will continue doing wrong by their customers, only doing it in a different manner, or putting a different twist to it so the same thing is not repeated exactly, or the Bank is allowed to state that their employee did not follow their "Code of Conduct", which is a cheap way to get out of wrong doing by the Bank.

I filed this complaint because of the wrong way SunTrust treated their customers and also for the way they treated me for wanting to treat my customers honestly and they retaliated against me for wanting to do the right thing.. They wanted to get rid of an honest employee and keep the dishonest employees, and they are being allowed to do just that, if this decision is not reversed.

If this case is not allowed to proceed to jury trial, I am being denied the right to show my evidence and prove what SunTrust did to me, and to their customers. How many other times has this kind of thing been covered up, and the large company wins again? I am the little person against this large corporation, I have only myself, my witnesses and my evidence, while they have their high paid lawyers and up to this point the court has allowed them whatever they asked for. Please let the people decide and let this case proceed to jury trial.

*/s/ Leola Rutledge*

Leola Rutledge

Plaintiff

March 18, 2007

Copies to:

- Counsel of Record